UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                            CITATION / CASE NO. 06-cr-0028

vs.                                **ORDER TO PAY**

Jacob W. Warner

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
City          State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 1-23-07     Jacob W Warner
                        DEFENDANT'S SIGNATURE

Plea: No Contest
**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**
Count I Dismissed. Count II Amended to 36CFR2.34(a)(i) Disorderly Conduct
CITATION / CASE NO: _____ FINE 140⁰⁰  ASGMT. 10⁰⁰
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

(X) **FINE TOTAL** of $ 140⁰⁰ and a penalty assessment of $ 10⁰⁰ within 2-15-07
_____ days/months or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~          CLERK, USDC
~~P.O. Box 740026~~                    ~~650 Capitol Mall, Rm 2546~~ 501 I Street
~~Atlanta, GA 30374-0026~~             Sacramento, CA 95814
1-~~800-827-2~~982

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 1-23-07                          _____
                                        U.S. MAGISTRATE JUDGE

Clerk's Office                                          EDCA - 03 Rev 8/97